# In the United States Court of Federal Claims

No. 14-284C
(Filed: July 17, 2019)

```
*******************************************
                                          *
LARRY HOLMBERG,                           *
                                          *
              Plaintiff,                  *
                                          *
       v.                                 *
                                          *
THE UNITED STATES,                        *
                                          *
              Defendant,                  *
                                          *
       and                                *
                                          *
L-3 COMMUNICATIONS CORPORATION            *
                                          *
              Third-Party Defendant.      *
*******************************************
```

## ORDER

On July 11, 2019, the Government filed a Stipulation for the Entry of Final Judgment ("Stipulation"). The Court accepts the Stipulation. Accordingly, the Court directs the Clerk to enter final judgment against the Government in accordance with the Stipulation.

**IT IS SO ORDERED**.

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge